# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  APPOINTMENT TO DOMESTIC | : | No. 616 |
| | : | |
| RELATIONS PROCEDURAL RULES | : | CIVIL PROCEDURAL RULES |
| | : | |
| COMMITTEE | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 25th day of February, 2015, Daniel J. Clifford, Esquire, Montgomery County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years commencing March 1, 2015.